**Order entered July 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01294-CV

**TOM KARTSOTIS, Appellant**

**V.**

**RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF
THE RICHARD AND NANCY BLOCH FAMILY TRUST, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-04489**

## ORDER

Before the Court is the July 8, 2015 motion of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the motion as follows. We **STRIKE** the reporter's records filed on March 30, 2015, June 29, 2015, and July 6, 2015. We **ORDER** Ms. Dobbins to file, by **JULY 24, 2015**, a ten-volume reporter's record as set forth in her motion.

Appellant has filed his brief in this case. On the Court's own motion, appellant may file, **WITHIN TWENTY DAYS OF THE DATE THE REPORTER'S RECORD IS FILED**, an amended brief correcting any citations to the reporter's record.

/s/      ELIZABETH LANG-MIERS
         JUSTICE